[No. 8216–1–II. Division Two. December 8, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. MARTIN
ALBERT GREEN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 84–1–00477–2, Waldo F. Stone, J., entered

October 23, 1984. *Affirmed* by unpublished opinion per Hamilton, J. Pro Tem., concurred in by Morgan and Pearson, JJ. Pro Tem.